# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO. 4:89cr4033

AARON HOFFMAN

## REFERRAL AND ORDER

The motion/pleading was filed by defendant on 05/31/2005 (document #256), and referred to Magistrate Judge William C. Sherrill on 05/31/2005.

Summary of motion/pleading: MOTION FOR ORDER OF ABEYANCE

WILLIAM M. MCCOOL, CLERK OF COURT

s/ Pamela Lourcey
DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 10th day of June, 2005, the requested relief is treated as a motion for additional time and GRANTED.  The clerk shall forward a copy of p. 3 of doc. 255 to Defendant.  Defendant may file a reply no later than June 30, 2005, and the clerk shall refer the file to the district judge on that date.

S/ William C. Sherrill
UNITED STATES MAGISTRATE JUDGE